1  Stephen D. Hibbard (SBN 177865)
   Emily V. Griffen (SBN 209162)
2  Lisa M. Hathaway (SBN 273050)
   SHEARMAN & STERLING LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, CA  94111-5994
4  Telephone:     (415) 616-1100
   Facsimile:      (415) 616-1199
5  Email: shibbard@shearman.com
          egriffen@shearman.com
6         lisa.hathaway@shearman.com

7  *Attorneys for Defendants Frederick W. Smith;
   James L. Barksdale; John A. Edwardson;*
8  *Shirley Ann Jackson; Steven R. Loranger; Gary
   W. Loveman; R. Brad Martin; Joshua Cooper*
9  *Ramo; Susan C. Schwab; David P. Steiner; and
   Paul S. Walsh*

10 [*Additional counsel listed on signature page*]

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 CHRISTOPHER LIBERTY, derivatively on       Case No. 3:14-cv-03810-CRB
   behalf of FEDEX CORPORATION,
17                                            **STIPULATED REQUEST AND ORDER
                         Plaintiff,           TO SET A BRIEFING SCHEDULE AND
18 vs.                                        PAGE LIMITS FOR THE MOTION TO
                                              DISMISS BRIEFING PAPERS**
19 FREDERICK W. SMITH;
   JAMES L. BARKSDALE;
20 JOHN A. EDWARDSON;
   SHIRLEY ANN JACKSON;
21 STEVEN R. LORANGER;
   GARY W. LOVEMAN;
22 R. BRAD MARTIN;
   JOSHUA COOPER RAMO;
23 SUSAN C. SCHWAB;
   DAVID P. STEINER; and
24 PAUL S. WALSH,

25                       Defendants,
   -and-
26
   FEDEX CORPORATION,
27
                         Nominal Defendant.
28

---

STIPULATION AND [PROPOSED] ORDER                              CASE NO. 3:14-cv-03810-CRB
SETTING BRIEFING SCHED. & PAGE LIMITS                                            315562

1 Pursuant to Civil Local Rules 6-2, Plaintiff Christopher Liberty ("Plaintiff") and Defendants Frederick W. Smith, James L. Barksdale, John A. Edwardson, Shirley Ann Jackson, Steven R. Loranger, Gary W. Loveman, R. Brad Martin, Joshua Cooper Ramo, Susan C. Schwab, David P. Steiner, Paul S. Walsh (the "Individual Defendants"), and Nominal Defendant FedEx Corporation (together with Plaintiff and the Individual Defendants, the "Parties") by and through their undersigned counsel, respectfully stipulate and agree, subject to Court approval, to set a briefing schedule and page limits for Defendants' motion to dismiss Plaintiff's Shareholder Derivative Complaint ("Complaint").  In support of this stipulation, the Parties state as follows:

WHEREAS, on August 21, 2014, Plaintiff filed a Shareholder Derivative Complaint for Breach of Fiduciary Duty against Defendants (Dkt. No. 1);

WHEREAS, on August 25, 2014, a summons was issued as to the Individual Defendants (Dkt. No. 7);

WHEREAS, the Individual Defendants have agreed to waive service of the complaint;

WHEREAS, the Parties met and conferred via telephone and have agreed on a briefing schedule for Defendants' motion to dismiss the Complaint whereby Defendants' opening briefing papers will be filed on November 21, 2014; Plaintiff's opposition papers will be filed on January 9, 2015; Defendants' reply papers will be filed on January 30, 2015; and, subject to the Court's availability, the Parties will set Febraury 13, 2015 as the hearing date for Defendants' motion to dismiss;

WHEREAS, Civil Local Rule 7-4(b) provides that memoranda of points and authorities may not exceed 25 pages, but this Court's Standing Order provides that any such memoranda may not exceed 15 pages;

WHEREAS, Defendants believe that, given the length of the Complaint, which spans 175 paragraphs over 66 pages, and the legal issues that must be addressed, the 15-page limit for memoranda of points and authorities would prevent the Parties from adequately setting forth their arguments in support of and in opposition to Defendants' motions to dismiss; and

WHEREAS, the Parties met and conferred and agree that, in the interests of the Parties and judicial economy, the Defendants should be permitted to file a memorandum of points and

authorities in support of their motion to dismiss of up to 25 pages, and Plaintiff should be permitted to file a memorandum of points and authorities in support of his opposition to Defendants' motion to dismiss of up to 25 pages.

**STIPULATION**

NOW, THEREFORE, the Parties stipulate, subject to Court approval, as follows:

1. The deadline for Defendants to file their motion to dismiss is November 21, 2014.

2. The deadline for Plaintiff to file its opposition to Defendants' motion to dismiss is January 9, 2015.

3. The deadline for Defendants to file their reply in support of their motion to dismiss is January 30, 2015.

4. Subject to the Court's availability, the Parties will set February 13, 2015 as the hearing date for Defendants' motion to dismiss.

5. Defendants' memorandum of points and authorities in support of their motion to dismiss shall not exceed 25 pages.

6. Plaintiff's memorandum of points and authorities in support of his opposition to the motion to dismiss shall not exceed 25 pages.

Dated: November 14, 2014      SHEARMAN & STERLING LLP

By:      /s/ Stephen D. Hibbard
               Stephen D. Hibbard

Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Defendants Frederick W. Smith; James L. Barksdale; John A. Edwardson; Shirley Ann Jackson; Steven R. Loranger; Gary W. Loveman; R. Brad Martin; Joshua Cooper Ramo; Susan C. Schwab; David P. Steiner; and Paul S. Walsh*

FEDERAL EXPRESS CORPORATION

By:    /s/ Richard R. Roberts
      Richard R. Roberts
      (*pro hac vice* appl. pending)

Legal Department - Litigation
Building B, Second Floor
3620 Hacks Cross Road
Memphis, TN 38125
Telephone: 901.434.8575
Facsimile: 901.434.4523

*Attorneys for Nominal Defendant Federal Express Corporation*

COTCHETT, PITRE & McCARTHY, LLP

By:    /s/ Mark C. Molumphy
      Mark C. Molumphy

840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577

*Attorneys for Plaintiff Christopher Liberty, derivatively on behalf of Federal Express Corporation*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: November 14, 2014

SHEARMAN & STERLING LLP

By: /s/ Stephen D. Hibbard
 Stephen D. Hibbard

*Attorneys for Defendants Frederick W. Smith; James L. Barksdale; John A. Edwardson; Shirley Ann Jackson; Steven R. Loranger; Gary W. Loveman; R. Brad Martin; Joshua Cooper Ramo; Susan C. Schwab; David P. Steiner; and Paul S. Walsh*

1                  * * *

2      PURSUANT TO STIPULATION, IT IS SO ORDERED

5      DATED:  Nov. 17, 2014

