1  Stephen D. Hibbard (SBN 177865)
   Emily V. Griffen (SBN 209162)
2  Lisa M. Hathaway (SBN 273050)
   SHEARMAN & STERLING LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, CA  94111-5994
4  Telephone:     (415) 616-1100
   Facsimile:      (415) 616-1199
5  Email:  shibbard@shearman.com
           egriffen@shearman.com
6          lisa.hathaway@shearman.com

7  *Attorneys for Defendants Frederick W. Smith;
   James L. Barksdale; John A. Edwardson;*
8  *Shirley Ann Jackson; Steven R. Loranger; Gary
   W. Loveman; R. Brad Martin; Joshua Cooper*
9  *Ramo; Susan C. Schwab; David P. Steiner; and
   Paul S. Walsh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER LIBERTY, derivatively on behalf of FEDEX CORPORATION, <br><br> Plaintiff, <br> vs. <br><br> FREDERICK W. SMITH; <br> JAMES L. BARKSDALE; <br> JOHN A. EDWARDSON; <br> SHIRLEY ANN JACKSON; <br> STEVEN R. LORANGER; <br> GARY W. LOVEMAN; <br> R. BRAD MARTIN; <br> JOSHUA COOPER RAMO; <br> SUSAN C. SCHWAB; <br> DAVID P. STEINER; and <br> PAUL S. WALSH, <br><br> Defendants, <br> -and- <br><br> FEDEX CORPORATION, <br><br> Nominal Defendant. | Case No. 3:14-cv-03810-CRB <br><br> **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AND DATE FOR INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Courtroom:    No. 6, 17th Floor <br> Judge:           Hon. Charles R. Breyer |

[PROPOSED] ORDER ON DEFENDANTS'            CASE NO. 3:14-cv-03810-CRB
   *EX PARTE* APPLICATION                                              317470

Having considered Defendants' *ex parte* application for an order continuing the hearing on Defendants' motion to dismiss and the date of the initial Case Management Conference, and the declaration of Stephen D. Hibbard in support thereof, and finding good cause therefore,

IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss and the initial Case Management Conference, both presently scheduled for February 20, 2015, are continued to April 3, 2015 at 10:00 a.m.

DATED: February 11, 2015

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER ON DEFENDANTS' *EX PARTE* APPLICATION

1

CASE NO. 3:14-cv-03810-CRB
317470