IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIBERTY, derivatively on behalf of FEDEX CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK W. SMITH, ET AL.,<br><br>　　　　Defendants. | No. 3:14-cv-03810-CRB<br><br>**SUPPLEMENTAL BRIEFING ORDER** |

The parties are hereby directed to file supplemental briefing of no more than five pages on the effect of Atlantic Marine Const. Co. v. U.S. Dist. Court for W. Dist. Of Tex., 134 S. Ct. 568 (2013) on the pending Motion to Dismiss (dkt. 17).  Specifically, the parties should address the effect of that case on the motion to dismiss under Federal Rule of Civil Procedure 12(b)(3) for improper venue.  Defendants should file their supplemental brief on or before **March 18, 2015**.  Plaintiff should file a response on or before **March 23, 2015**.

Both parties are directed to appear at the hearing on the Motion to Dismiss scheduled for **April 3, 2015** prepared to discuss the issues stated herein.

**IT IS SO ORDERED.**

Dated: March 11, 2015

　　　　　　　　　　　　　　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE