IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIBERTY, | No. 3:14-cv-03810-CRB |
| Plaintiff, | **ORDER STAYING CASE** |
| v. | |
| FREDERICK W. SMITH, ET AL., | |
| Defendants. | |

In light of the pending criminal matter involving the same or similar series of underlying events as those alleged in this case, all proceedings in this civil matter are hereby STAYED until further notice. The hearing currently scheduled for April 3, 2015, at 10:00 a.m. is VACATED.

**IT IS SO ORDERED.**

Dated: April 2, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE