1  Emily V. Griffen (SBN 209162)
   SHEARMAN & STERLING LLP
2  535 Mission Street, 25th Floor
   San Francisco, California  94105-2997
3  Telephone:     (415) 616-1100
   Facsimile:     (415) 616-1199
4  Email:         egriffen@shearman.com

5  Jaculin Aaron (SBN 133983)
   SHEARMAN & STERLING LLP
6  599 Lexington Avenue
   New York, New York 10022
7  Telephone:     (212) 848-4000
   Facsimile:     (212) 848-7179
8  Email:         jaaron@shearman.com

9  *Attorneys for Defendants Frederick W. Smith;
   James L. Barksdale; John A. Edwardson;*
10 *Shirley Ann Jackson; Steven R. Loranger; Gary
   W. Loveman; R. Brad Martin; Joshua Cooper*
11 *Ramo; Susan C. Schwab; David P. Steiner; and
   Paul S. Walsh*

12 *[Additional Counsel Listed on Signature Page]*

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| CHRISTOPHER LIBERTY, derivatively on behalf of FEDEX CORPORATION, | Case No. 3:14-cv-03810-CRB |
| Plaintiff, | **JOINT STIPULATION REQUESTING STATUS CONFERENCE AND ORDER** |
| vs. | |
| FREDERICK W. SMITH; JAMES L. BARKSDALE; JOHN A. EDWARDSON; SHIRLEY ANN JACKSON; STEVEN R. LORANGER; GARY W. LOVEMAN; R. BRAD MARTIN; JOSHUA COOPER RAMO; SUSAN C. SCHWAB; DAVID P. STEINER; and PAUL S. WALSH, | Courtroom:  No. 6, 17th Floor<br>Judge:        Hon. Charles R. Breyer |
| Defendants, -and- | |
| FEDEX CORPORATION, | |
| Nominal Defendant. | |

Defendants Frederick W. Smith, James L. Barksdale, John A. Edwardson, Shirley Ann Jackson, Steven R. Loranger, Gary W. Loveman, R. Brad Martin, Joshua Cooper Ramo, Susan C. Schwab, David P. Steiner, Paul S. Walsh, and Nominal Defendant FedEx Corporation (together, "Defendants"), and Plaintiff Christopher Liberty ("Plaintiff" and, together with the Defendants, the "Parties"), by and through their undersigned counsel, subject to Court approval, hereby stipulate as follows:

WHEREAS, on August 21, 2014, Plaintiff filed a Shareholder Derivative Complaint for Breach of Fiduciary Duty against Defendants (Dkt. No. 1) (the "Complaint");

WHEREAS, Defendants filed a motion to dismiss the Complaint on November 21, 2014 (Dkt. No. 17), which was fully briefed by the Parties;

WHEREAS, the Court issued an Order on April 2, 2015, staying the case "[i]n light of the pending criminal matter involving the same or similar series of underlying events as those alleged in this case . . . ."  (Dkt. No. 34);

WHEREAS, the related pending criminal matter, *United States v. FedEx Corporation*, No. CR 14-00380-CRB, was voluntarily dismissed by the Government on June 17, 2016;

WHEREAS, the parties request that the Court hold a status conference in order to discuss the status of the action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff, by and through his counsel, and Defendants, by and through their counsel, subject to the Court's approval, that a status conference be set for Friday, August 19 at 8:30 a.m. or such other date thereafter that is available to the Court.

IT IS SO STIPULATED.

Dated:   July 20, 2016                          SHEARMAN & STERLING LLP

                                     By:    /s/ Emily V. Griffen
                                              Emily V. Griffen

                                     535 Mission Street, 25th Floor
                                     San Francisco, California  94105-2997
                                     Telephone:   415.616.1100
                                     Facsimile:   415.616.1199

*Attorneys for Defendants Frederick W. Smith; James L. Barksdale; John A. Edwardson; Shirley Ann Jackson; Steven R. Loranger; Gary W. Loveman; R. Brad Martin; Joshua Cooper Ramo; Susan C. Schwab; David P. Steiner; and Paul S. Walsh*

FEDERAL EXPRESS CORPORATION

By:  /s/ Richard R. Roberts
 Richard R. Roberts (*pro hac vice*)

Legal Department - Litigation
Building B, Second Floor
3620 Hacks Cross Road
Memphis, TN 38125
Telephone: 901.434.8575
Facsimile:  901.434.4523

*Attorneys for Nominal Defendant Federal Express Corporation*

COTCHETT, PITRE & McCARTHY, LLP

By:  /s/ Mark C. Molumphy
 Mark C. Molumphy

840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  650.697.6000
Facsimile:   650.697.0577

*Attorneys for Plaintiff Christopher Liberty, derivatively on behalf of Federal Express Corporation*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: July 20, 2016                    SHEARMAN & STERLING LLP

                                        By:   /s/ Emily V. Griffen

*Attorneys for Defendants Frederick W. Smith; James L. Barksdale; John A. Edwardson; Shirley Ann Jackson; Steven R. Loranger; Gary W. Loveman; R. Brad Martin; Joshua Cooper Ramo; Susan C. Schwab; David P. Steiner; and Paul S. Walsh*

\* \* \*

**ORDER**

IT IS HEREBY ORDERED that a Status Conference is set for August 19, 2016 at 8:30 a.m..

DATED: July 21, 2016

                                        Hon. Charles R. Breyer
                                        United State District Judge

---

JOINT STIPULATION AND [PROPOSED] ORDER                    1                    CASE NO. 3:14-cv-03810-CRB
324924