1  Emily V. Griffen (SBN 209162)
   SHEARMAN & STERLING LLP
2  535 Mission Street, 25th Floor
   San Francisco, California  94105-2997
3  Telephone:     (415) 616-1100
   Facsimile:     (415) 616-1199
4  Email:         egriffen@shearman.com

5  Jaculin Aaron (SBN 133983)
   SHEARMAN & STERLING LLP
6  599 Lexington Avenue
   New York, New York 10022
7  Telephone:     (212) 848-4000
   Facsimile:     (212) 848-7179
8  Email:         jaaron@shearman.com

9  *Attorneys for Defendants Frederick W. Smith;
   James L. Barksdale; John A. Edwardson;*
10 *Shirley Ann Jackson; Steven R. Loranger;*
   *Gary W. Loveman; R. Brad Martin; Joshua*
11 *Cooper Ramo; Susan C. Schwab; David P.*
   *Steiner; and Paul S. Walsh*
12
13 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER LIBERTY, derivatively on behalf of FEDEX CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>FREDERICK W. SMITH; JAMES L. BARKSDALE; JOHN A. EDWARDSON; SHIRLEY ANN JACKSON; STEVEN R. LORANGER; GARY W. LOVEMAN; R. BRAD MARTIN; JOSHUA COOPER RAMO; SUSAN C. SCHWAB; DAVID P. STEINER; and PAUL S. WALSH,<br><br>        Defendants,<br>-and-<br><br>FEDEX CORPORATION,<br><br>        Nominal Defendant. | Case No. 3:14-cv-03810-CRB<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND ORDER**<br><br>Courtroom:  No. 6, 17th Floor<br>Judge:       Hon. Charles R. Breyer |

Defendants Frederick W. Smith, James L. Barksdale, John A. Edwardson, Shirley Ann Jackson, Steven R. Loranger, Gary W. Loveman, R. Brad Martin, Joshua Cooper Ramo, Susan C. Schwab, David P. Steiner, Paul S. Walsh, and Nominal Defendant FedEx Corporation (together, "Defendants"), and Plaintiff Christopher Liberty ("Plaintiff" and, together with the Defendants, the "Parties"), by and through their undersigned counsel, subject to Court approval, hereby stipulate and agree as follows:

WHEREAS, on August 21, 2014, Plaintiff filed a Shareholder Derivative Complaint for Breach of Fiduciary Duty against Defendants (Dkt. No. 1) (the "Complaint");

WHEREAS, Defendants filed a motion to dismiss the Complaint on November 21, 2014 (Dkt. No. 17), which has been fully briefed by the Parties;

WHEREAS, prior to the hearing on Defendants' motion to dismiss, the Court issued an Order on April 2, 2015 staying the case "[i]n light of the pending criminal matter involving the same or similar series of underlying events as those alleged in this case . . . ." (Dkt. No. 34);

WHEREAS, the related pending criminal matter was voluntarily dismissed by the Government on June 17, 2016;

WHEREAS, Plaintiff, through his counsel of record and pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, has agreed to voluntarily dismiss this action with prejudice as to himself and otherwise without prejudice;

WHEREAS, there has been no collusion among the Parties, and neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from any Defendant for the dismissal;

WHEREAS, the Parties shall bear their own fees and costs in connection with this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff, by and through his counsel, and Defendants, by and through their counsel, subject to the Court's approval, that Plaintiff has voluntarily dismissed this action with prejudice as to himself.

IT IS SO STIPULATED.

Dated:  August 19, 2016           SHEARMAN & STERLING LLP


By:   *Emily V. Griffen*
               Emily V. Griffen

535 Mission Street, 25th Floor
San Francisco, California  94105-2997
Telephone:   415.616.1100
Facsimile:    415.616.1199

*Attorneys for Defendants Frederick W. Smith; James L. Barksdale; John A. Edwardson; Shirley Ann Jackson; Steven R. Loranger; Gary W. Loveman; R. Brad Martin; Joshua Cooper Ramo; Susan C. Schwab; David P. Steiner; and Paul S. Walsh*


FEDERAL EXPRESS CORPORATION


By:   *Peter D. Blumberg*
            Peter D. Blumberg (admitted *pro hac vice*)

Legal Department - Litigation
Building B, Second Floor
3620 Hacks Cross Road
Memphis, TN 38125
Telephone:  901.434.8575
Facsimile:    901.434.4523

*Attorneys for Nominal Defendant Federal Express Corporation*


COTCHETT, PITRE & McCARTHY, LLP


By:   *Mark C.  Molumphy*
              Mark C. Molumphy

840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:   650.697.6000
Facsimile:    650.697.0577

*Attorneys for Plaintiff Christopher Liberty, derivatively on behalf of Federal Express Corporation*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

DATED: August 19, 2016                             SHEARMAN & STERLING LLP

                                                                        By:   *Emily V. Griffen*

*Attorneys for Defendants Frederick W. Smith; James L. Barksdale; John A. Edwardson; Shirley Ann Jackson; Steven R. Loranger; Gary W. Loveman; R. Brad Martin; Joshua Cooper Ramo; Susan C. Schwab; David P. Steiner; and Paul S. Walsh*

\* \* \*

**ORDER**

IT IS HEREBY ORDERED that, upon good cause shown, the above-captioned action is dismissed with prejudice as to Plaintiff and otherwise without prejudice.

DATED: August 23, 2016

Hon. Charles R. Breyer
United State District Judge